# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Climate United Fund et al.

**v.**

Citibank, N.A. et al.

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Justice Climate Fund

### Counsel Information

Lead Counsel: David Zimmer

Direct Phone: ( 617 ) 676-9421   Fax: (____) _____-_____   Email: dzimmer@zimmercitronclarke.com

2nd Counsel: Eric Citron

Direct Phone: ( 202 ) 796-4540   Fax: (____) _____-_____   Email: ecitron@zimmercitronclarke.com

3rd Counsel: Kathleen Foley

Direct Phone: ( 240 ) 203-7746   Fax: (____) _____-_____   Email: kfoley@zimmercitronclarke.com

Firm Name: Zimmer, Citron & Clarke LLP

Firm Address: 130 Bishop Allen Dr., Cambridge, MA 02139

Firm Phone: (____) _____-_____   Fax: (____) _____-_____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)