# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund, et al.

　　　　　　　　　　　　　　v.　　　　　　　　　　　　　**Case No:** 25-5122

Citibank, N.A.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Illinois Finance Authority

### Counsel Information

**Lead Counsel:** Alex Hemmer

**Direct Phone:** ( 312 ) 814-5526　**Fax:** (___) ___-____　**Email:** alex.hemmer@ilag.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____　**Fax:** (___) ___-____　**Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____　**Fax:** (___) ___-____　**Email:**

**Firm Name:** Office of the Illinois Attorney General

**Firm Address:** 115 S. LaSalle St., Chicago, IL 60603

**Firm Phone:** ( 312 ) 814-3000　**Fax:** ( 312 ) 814-3806　**Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)