# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Climate United Fund, et al

**v.**

Citibank, N.A., et al.

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

Lee Zeldin, in his official capacity as

Administrator of the U.S. Enivornmental

Protection Agency

### Counsel Information

**Lead Counsel:** Sophia Shams

**Direct Phone:** ( 202 ) 514-2495   Fax: ( ___ ) _____   **Email:** sophia.shams@usdoj.gov

**2nd Counsel:** Sharon Swingle

**Direct Phone:** ( 202 ) 353-2689   Fax: ( ___ ) _____   **Email:** sharon.swingle@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ___ ) _____   Fax: ( ___ ) _____   **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave NW, Washington DC, 20530

**Firm Phone:** ( ___ ) _____   Fax: ( ___ ) _____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)