# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund, et al.

**v.** Citibank, N.A.

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Climate United Fund

### Counsel Information

**Lead Counsel:** Adam G. Unikowsky
**Direct Phone:** (202) 639-6041  **Fax:** (202) 661-4925  **Email:** aunikowsky@jenner.com

**2nd Counsel:** Gabriel K. Gillett
**Direct Phone:** (312) 840-7220  **Fax:** (202) 661-4925  **Email:** ggillett@jenner.com

**3rd Counsel:**
**Direct Phone:** (   )   **Fax:** (   )   **Email:**

**Firm Name:** Jenner & Block LLP
**Firm Address:** 1099 New York Avenue, NW, Suite 900
**Firm Phone:** (202) 639-6000  **Fax:** (202) 661-4925  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)