# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund, et al

**v.**

Citibank, N.A., et al

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Power Forward Communities, Inc.

### Counsel Information

**Lead Counsel:** Beth C. Neitzel

**Direct Phone:** (202) 261-7325  **Fax:** (   ) ___-____  **Email:** bneitzel@foleyhoag.com

**2nd Counsel:** James M. Gross

**Direct Phone:** (212) 812-0422  **Fax:** (   ) ___-____  **Email:** jgross@foleyhoag.com

**3rd Counsel:**

**Direct Phone:** (   ) ___-____  **Fax:** (   ) ___-____  **Email:**

**Firm Name:** Foley Hoag LLP

**Firm Address:** 155 Seaport Boulevard Suite 1600, Boston, MA 02210

**Firm Phone:** (617) 832-1000  **Fax:** (617) 832-7000  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)