# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund, et al

**v.**

Citibank, N.A., et al

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Minnesota Climate Innovation Finance Authorit

### Counsel Information

**Lead Counsel:** Catherine Rios-Keating

**Direct Phone:** ( 651 ) 300-7302  **Fax:** (___) ___-___  **Email:** catherine.rios-keating@ag.state.mn.us

**2nd Counsel:**

**Direct Phone:** (___) ___-___  **Fax:** (___) ___-___  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-___  **Fax:** (___) ___-___  **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (___) ___-___  **Fax:** (___) ___-___  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)