# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5122**　　　　　　　　　　　　　**September Term, 2024**

**1:25-cv-00698-TSC**

**Filed On: April 17, 2025** [2111504]

Climate United Fund, et al.,

    Appellees

  v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY:   /s/
           Emily K. Campbell
           Deputy Clerk