UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund, et al.

v.

Citibank, N.A.

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ● Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Cal. Infrastructure and Econ. Dev. Bank

### Counsel Information

**Lead Counsel:** Teresa Reed Dippo
**Direct Phone:** (415) 510-3896 **Fax:** (916) 732-7920 **Email:** teresa.reeddippo@doj.ca.gov

**2nd Counsel:** Meghan Strong
**Direct Phone:** (415) 510-3877 **Fax:** (916) 732-7920 **Email:** meghan.strong@doj.ca.gov

**3rd Counsel:** Diana Kim
**Direct Phone:** (415) 510-4400 **Fax:** (916) 732-7920 **Email:** diana.kim@doj.ca.gov

**Firm Name:** California Department of Justice
**Firm Address:** 450 Golden Gate Ave., Suite 11000, San Francisco, CA 94102
**Firm Phone:** (415) 510-3896 **Fax:** (916) 732-7920 **Email:** teresa.reeddippo@doj.ca.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)