# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund, et al.

**v.** Citibank, N.A., et al.

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Citibank, N.A.

### Counsel Information

**Lead Counsel:** K. Winn Allen
**Direct Phone:** ( 202 ) 389-5078   **Fax:** (    )         **Email:** winn.allen@kirkland.com

**2nd Counsel:**
**Direct Phone:** (    )    -    **Fax:** (    )    -    **Email:**

**3rd Counsel:**
**Direct Phone:** (    )    -    **Fax:** (    )    -    **Email:**

**Firm Name:** Kirkland & Ellis LLP
**Firm Address:** 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**Firm Phone:** ( 202 ) 389-5000   **Fax:** ( 202 ) 389-5200   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)