# EXHIBIT A

**Climate United Fund Pending Requests**

| Date | Organization | Type | From Account | Amount | Expenses incurred Pre-Termination? | Compliance with Workplan |
|---|---|---|---|---:|:---:|---|
| 2/12/2025 | Climate United Fund | *Reserve Transfer**  | *See note* | *250,000,000.00* | Y | Electric transportation transaction legally committed |
| 2/12/2025 | CPC Climate Capital | Program Admin Disbursement | CPC Climate Program Admin | 1,248,613.69 | Y | Operating expenses due and payable within 14 business days of request |
| 2/12/2025 | CPC Climate Capital | Financial Assistance Disbursement | CPCCC Financial Assistance | 1,505,000.00 | Y | Building decarbonization transaction legally committed |
| 2/18/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 898,342.31 | Y | Operating expenses due and payable within 14 business days of request |
| 2/18/2025 | Self Help Climate Capital | Program Admin Disbursement | SELFHELP Program Admin | 419,231.92 | Y | Operating expenses due and payable within 14 business days of request |
| 2/21/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 711,525.13 | Y | Operating expenses due and payable within 14 business days of request |
| 3/5/2025 | Climate United Fund | *Reserve Transfer**  | *See note* | *42,250,000.00* | Y | Distributed generation transaction legally committed |
| 3/5/2025 | CPC Climate Capital | Program Admin Disbursement | CPC Climate Program Admin | 651,500.87 | Y | Operating expenses due and payable within 14 business days of request |
| 3/10/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 283,186.30 | Y | Operating expenses due and payable within 14 business days of request |
| 3/11/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 300,000.00 | Y | Operating expenses due and payable within 14 business days of request |
| 3/17/2025 | Self Help Climate Capital | Program Admin Disbursement | SELFHELP Program Admin | 329,903.64 | Y | Operating expenses due and payable within 14 business days of request |
| 3/24/2025 | Climate United Fund | *Reserve Transfer**  | *See note* | *75,000,000.00* | N | Distributed generation transaction legally committed |
| 3/31/2025 | CPC Climate Capital | Program Admin Disbursement | CPC Climate Program Admin | 295,690.26 | N | Operating expenses due and payable within 14 business days of request |
| 4/1/2025 | CPC Climate Capital | Program Admin Disbursement | CPC Climate Program Admin | 26,239.63 | N | Operating expenses due and payable within 14 business days of request |
| 4/2/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 604,456.00 | N | Operating expenses due and payable within 14 business days of request |
| 4/2/2025 | Climate United Fund | Financial Assistance Disbursement | CUF Financial Assistance | 42,250,000.00 | N | Distributed generation transaction legally committed |
| 4/2/2025 | Climate United Fund | Financial Assistance Disbursement | CUF Financial Assistance | 75,000,000.00 | N | Distributed generation transaction legally committed |
| 4/2/2025 | Self Help Climate Capital | Financial Assistance Disbursement | SELFHELP Financial Assistance | 75,000,000.00 | N | Distributed generation transaction legally committed |
| 4/3/2025 | Climate United Fund | Financial Assistance Disbursement | CUF Financial Assistance | 250,000,000.00 | N | Electric transportation transaction legally committed |
| 4/4/2025 | Self Help Climate Capital | Program Admin Disbursement | SELFHELP Program Admin | 764,621.67 | N | Operating expenses due and payable within 14 business days of request |
| 4/7/2025 | CPC Climate Capital | Program Admin Disbursement | CPC Climate Program Admin | 204,580.72 | N | Operating expenses due and payable within 14 business days of request |
| 4/9/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 1,747,492.96 | N | Operating expenses due and payable within 14 business days of request |
| 4/9/2025 | CPC Climate Capital | Program Admin Disbursement | CPC Climate Program Admin | 18,313.24 | N | Operating expenses due and payable within 14 business days of request |
| 4/10/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 18,505.54 | N | Operating expenses due and payable within 14 business days of request |
| 4/10/2025 | Self Help Climate Capital | Program Admin Disbursement | SELFHELP Program Admin | 148,134.96 | N | Operating expenses due and payable within 14 business days of request |
| 4/15/2025 | Climate United Fund | Program Admin Disbursement | CUF Program Administration | 234,887.50 | N | Operating expenses due and payable within 14 business days of request |
| | | | **TOTAL PRE-MARCH 11 REQUESTS** | **6,347,303.87** | | |
| | | | **TOTAL PROGRAM ADMIN AS OF 4/15** | **8,905,226.35** | | |

**DEFINITIONS:** Program Admin is operating expenses; Financial Assistance is funding for lending transactions

** These amounts were previously reserved but are now requesting disbursement as we are closing and funding the loans; these transfers are now moot but cannot be reversed in the system