# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Climate United Fund

<b>v.</b>

Citibank                                               **Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

Lee Zeldin

### Counsel Information

Lead Counsel: _____

Direct Phone: ( ___ ) ____ - ____  Fax: ( ___ ) ____ - ____  Email: _____

2nd Counsel: _____

Direct Phone: ( ___ ) ____ - ____  Fax: ( ___ ) ____ - ____  Email: _____

3rd Counsel: Gerard Sinzdak

Direct Phone: ( 202 ) 514-0718  Fax: ( ___ ) ____ - ____  Email: gerard.j.sinzdak@usdoj.gov

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave. NW, Washington, DC 20530

Firm Phone: ( ___ ) ____ - ____  Fax: ( ___ ) ____ - ____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)