# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5122**  **September Term, 2024**

1:25-cv-00698-TSC

**Filed On:** April 28, 2025

Climate United Fund, et al.,

    Appellees

  v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------
Consolidated with 25-5123

    **BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, the responses thereto, and the reply, it is

**ORDERED** that consideration of the motion for stay be consolidated with consideration of the merits of these appeals. It is

**FURTHER ORDERED**, on the court's own motion, that these appeals be expedited. The following briefing schedule and format will apply:

| | |
|---|---|
| Brief(s) of Appellants<br>(not to exceed a total of 13,000 words,<br>to be divided as Appellants deem fit) | May 5, 2025 |
| Joint Appendix | May 5, 2025 |

**No. 25-5122**                        **September Term, 2024**

| | |
|---|---|
| Brief(s) of Appellees<br>(not to exceed a total of 13,000 words,<br>to be divided as Appellees deem fit) | May 12, 2025 |
| Reply Brief(s) of Appellants<br>(not to exceed a total of 6,500 words,<br>to be divided as Appellants deem fit) | May 15, 2025 |

The Clerk is directed to calendar these cases for oral argument before this panel on May 19, 2025, at 9:30 a.m.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8). It is

**FURTHER ORDERED** that the administrative stay entered by the court on April 16, 2025, remain in effect pending further order of the court.

**Per Curiam**

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                         BY:     /s/
                                         Michael C. McGrail
                                         Deputy Clerk