No. 25-5122

# United States Court of Appeals for the District of Columbia Circuit

___

CLIMATE UNITED FUND,
COALITION FOR GREEN CAPITAL,
POWER FORWARD COMMUNITIES, INC.,
CALIFORNIA INFRASTRUCTURE AND
ECONOMIC DEVELOPMENT BANK, EFFICIENCY MAINE TRUST,
ILLINOIS FINANCE AUTHORITY, and MINNESOTA CLIMATE
INNOVATION FINANCE AUTHORITY,
*Plaintiffs-Appellees*

v.

CITIBANK, N.A.,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY, and WILLIAM CHARLES
MCINTOSH, in his official capacity as ACTING DEPUTY ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Defendants-Appellants*

___

From the United States District Court for the District of Columbia
Case Nos. 1:25-cv-00698-TSC (Hon. Tanya S. Chutkan)
1:25-cv-00735-TSC (Hon. Tanya S. Chutkan)
1:25-cv-00762-TSC (Hon. Tanya S. Chutkan)
1:25-cv-00820-TSC (Hon. Tanya S. Chutkan)

___

**NOTICE OF COMPLIANCE**

___

Vincent Levy
Kevin D. Benish
HOWELL SHUSTER &
GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel.: (646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiff-Appellee
Coalition for Green Capital*

This past Monday, the Court entered an order setting an expedited briefing schedule for the captioned appeal and maintaining the administrative stay entered by the Court on April 16 until further order of the Court. Document 2113330. By its prior administrative order of April 16, this Court had stayed the district court's preliminary injunction on appeal in this case "insofar as [the district court's preliminary injunction] (1) enables or requires Citibank to release, disburse, transfer, otherwise move, or allow access to funds and (2) requires defendants to file a status report with the district court within 24 hours of the entry of the preliminary injunction." Document 2111459. The Court further ordered on April 16 "that no party take any action, directly or indirectly, with regard to the disputed contracts, grants, awards or funds." *Id.*

Coalition for Green Capital (CGC), one of the primary grantees under the NCIF grant program and a plaintiff-appellee here, files this notice of compliance to inform the Court of its understanding of the second part of the order.* CGC files this notice out of an abundance of caution, because the Court has now extended its administrative stay order of April 16, and because there is a deadline today for submitting a compliance report (noted below).

---

* If CGC's understanding is incorrect, CGC respectfully requests that the Court clarify its administrative stay.

Read literally, the second part of the Court's administrative stay would seem to require all parties, including primary grantees and EPA, to halt all operations related to the grant program, including ongoing activities to comply with reporting requirements to EPA (as well as activities to comply with investigative requests from other federal actors) and day-to-day administration of investments made using grant funds before this dispute began.

CGC does not believe this is what the Court intended. EPA's stay motion, in seeking an administrative stay, focused only on that part of the district court's order mandating that Citibank provide grantees and subgrantees access to funds at Citibank, and the first part of the Court's order administratively stayed only portions of the district court's injunction related to plaintiffs' ability to access funds at Citibank, without staying other portions of the district court's order preliminarily enjoining the grant program terminations.

Consistent with that understanding of the administrative stay order, while funds at Citibank remain frozen, CGC will continue complying with its grant, including by performing grant obligations, incurring and paying expenses consistent with applicable grant conditions using funds outside of Citibank, and performing other grant-related activities using funds located outside of Citibank, as CGC did before the district court's preliminary injunction issued. Moreover, in line with its

2

grant obligations, CGC is submitting a compliance report that is required to be filed with EPA today.

Dated: April 30, 2025                    Respectfully submitted:

/s/ *Vincent Levy*
Vincent Levy
Kevin D. Benish
HOWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel.: (646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiff-Appellee*
*Coalition for Green Capital*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing Notice by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ Vincent Levy
Vincent Levy

4