**[ORAL ARGUMENT SCHEDULED MAY 19]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CLIMATE UNITED FUND,

      *Plaintiffs-Appellees*,

v.

CITIBANK, N.A., *et al.*,

      *Defendants-Appellants*.

No. 25-5122

**UNOPPOSED MOTION TO SEAL**

Pursuant to Federal Rule of Appellate Procedure 27(a), EPA respectfully moves for leave to file Volume IV of the Joint Appendix under seal. Volume IV consists of the Financial Agency Agreement between Citibank, N.A., and the U.S. Department of the Treasury dated September 19, 2024. Citibank consents to this motion, and plaintiffs do not oppose.

The agreement should be sealed because it contains confidential information that should not be disclosed to third parties. Indeed, Citibank agreed to take appropriate measures to ensure confidentiality of this agreement, and that it would not disclose the agreement to third parties absent an instruction from Treasury. JA4, JA14. The agreement was accordingly

sealed by the district court. *See* Minute Order (March 12, 2025); Motion to Seal, Dkt. 15 (Mach 12, 2025). The parties respectfully request leave to file the agreement under seal in this Court as well.

    Respectfully submitted,

    YAAKOV M. ROTH
      *Acting Assistant Attorney General*

    GERARD SINZDAK

    /s/ Sophia Shams
    SOPHIA SHAMS
      *Attorneys, Appellate Staff*
      *Civil Division, Room 7264*
      *U.S. Department of Justice*
      *950 Pennsylvania Avenue NW*
      *Washington, DC 20530*
      *(202) 514-2495*
      *sophia.shams@usdoj.gov*

MAY 2025

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 147 words, according to the count of Microsoft Word.

*/s/ Sophia Shams*
Sophia Shams
