# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5122

September Term, 2024

1:25-cv-00698-TSC

**Filed On: May 7, 2025** [2114866]

Climate United Fund, et al.,

       Appellees

   v.

Citibank, N.A.,

       Appellee

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Appellants

------------------------------

Consolidated with 25-5123

    **BEFORE:**   Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

    Upon consideration of federal appellants' unopposed motion to seal, and the
lodged Volume IV of the Joint Appendix, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged
Volume IV of the Joint Appendix under seal.

### Per Curiam

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

          BY:   /s/
                  Scott H. Atchue
                  Deputy Clerk