**No. 25-5122**  September Term, 2024

1:25-cv-00698-TSC

**Filed On: May 8, 2025** [2114969]

Climate United Fund, et al.,

      Appellees

    v.

Citibank, N.A.,

      Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Appellants

------------------------------

Consolidated with 25-5123

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for May 19, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| EPA | - | 25 Minutes |
| Citibank, N.A. | - | 5 Minutes |
| Appellees | - | 30 Minutes (to be divided as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Pillard, Katsas, and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 12, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)