# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Climate United Fund

v.

Citibank, N.A.

**Case No:** 25-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

Lee Zeldin, in his official capacity as

Administration of the U.S. Environmental

Protection Agency

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**2nd Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**3rd Counsel:** Yaakov M. Roth

Direct Phone: (202) 514-3301  Fax: (___) ___-____  Email: yaakov.m.roth@usdoj.gov

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, DC 20530

**Firm Phone:** (___) ___-____  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)