# In the United States Court of Appeals for the District of Columbia Circuit

No. 25-5122

CLIMATE UNITED FUND, *et al.*,

*Plaintiffs-Appellees*,

v.

CITIBANK, N.A., *et al.*,

*Defendants-Appellants*.

## Motion of Samuel R. Bagenstos to File a Brief as *Amicus Curiae* in Support of Appellees

Pursuant to Fed. R. App. P. 29(b), Samuel R. Bagenstos moves to file the attached brief as *amicus curiae* in support of the appellees in this matter. In support of this motion, *Amicus* states as follows:

1. This case raises a number of issues, including whether the defendant Environmental Protection Agency (EPA) has unconstitutionally impounded congressionally appropriated funds by attempting to pull back grants previously issued for the Greenhouse Gas Reduction Fund (GGRF).

2. On the merits of the impoundment claim, the Government principally argues that EPA has not impounded the money appropriated to the GGRF because the agency intends to reobligate that money to other grantees.

3. The attached brief argues that EPA cannot lawfully reobligate GGRF money to other grantees: Because the GGRF appropriations have now expired, foundational principles of appropriations law allow those funds to be used only to satisfy existing obligations and not to make new obligations.

i

4. *Amicus* is well positioned to address this issue of appropriations law. From 2021 to 2022, *Amicus* served as the General Counsel to the federal Office of Management and Budget. And from 2022 to 2024, *Amicus* served as the General Counsel to the U.S. Department of Health and Human Services. *Amicus* is an expert in budget and appropriations law.

5. The brief addresses a discrete issue of appropriations law, in less than 3,000 words.

6. *Amicus* sought the consent of all parties to the filing of this brief. Counsel for the appellees have granted their consent. Counsel for the appellants have not yet responded to *Amicus*'s request. But because this Court is hearing this case on an expedited schedule, with oral argument set for Monday, May 19, *Amicus* seeks to file the attached brief now to give the appellants an opportunity to respond to it.

For the foregoing reasons, the court should grant the motion to file the attached *amicus* brief.

Respectfully submitted,

/s/ Samuel R. Bagenstos
Samuel R. Bagenstos
625 S. State St.
Ann Arbor, MI 48109
(857)231-1663
sbagen@gmail.com
*Counsel for Amicus Curiae*