No. 25-5122

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CITIBANK, N.A., *et al.,*
    *Appellants,*

v.

CLIMATE UNITED FUND, *et al.*,
    *Appellees.*

**On Appeal from the United States District Court
for the District of Columbia**
No. 1:25-cv-00698-TSC
Hon. Tanya S. Chutkan

**STATE BANKS' NOTICE OF JOINDER TO ANSWERING BRIEF**

<div style="columns:2">

ROB BONTA
 *Attorney General of California*
HELEN H. HONG
 *Principal Deputy Solicitor General*
THOMAS S. PATTERSON
 *Senior Assistant Attorney General*
JOHN D. ECHEVERRIA
 *Supervising Deputy Attorney General*

TERESA A. REED DIPPO*
DIANA L. KIM
 *Deputy Solicitors General*
THEODORE A. MCCOMBS
MEGHAN H. STRONG
 *Deputy Attorneys General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3896
Teresa.ReedDippo@doj.ca.gov
**Counsel of Record*

</div>

*(Additional counsel listed on signature page)*

May 12, 2025

# NOTICE OF JOINDER

The State Banks join Appellees' Answering Brief in asking the Court to affirm the district court's order granting a preliminary injunction, including for the reasons stated in the Answering Brief and the State Banks' Opposition to Appellants' Motion for a Stay Pending Appeal (ECF 2112184; April 22, 2025).

Dated: May 12, 2025

Respectfully submitted,

*/s/ Teresa A. Reed Dippo*

| | |
|---|---|
| KEITH ELLISON<br>*Attorney General of Minnesota*<br>PETER N. SURDO<br>*Special Assistant Attorney General*<br>OLIVER LARSON<br>*Manager, Environment and Natural Resources Division*<br>CATHERINE RIOS-KEATING<br>*Special Assistant Attorney General*<br>Minnesota Attorney General's Office<br>445 Minnesota Street, Suite 600<br>(651) 757-1061<br>peter.surdo@ag.state.mn.us<br>*Counsel for Minnesota Climate Innovation Finance Authority* | ROB BONTA<br>*Attorney General of California*<br>HELEN H. HONG<br>*Principal Deputy Solicitor General*<br>THOMAS S. PATTERSON<br>*Senior Assistant Attorney General*<br>TERESA A. REED DIPPO<br>DIANA L. KIM<br>*Deputy Solicitors General*<br>JOHN D. ECHEVERRIA<br>*Supervising Deputy Attorney General*<br>THEODORE A. MCCOMBS<br>MEGHAN H. STRONG<br>*Deputy Attorneys General*<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>(415) 510-3896<br>teresa.reeddippo@doj.ca.gov<br>*Counsel for California Infrastructure and Economic Development Bank* |

*(Additional counsel listed on next page)*

KWAME RAOUL  
*Attorney General of Illinois*  
JANE ELINOR NOTZ  
*Solicitor General*  
ALEX HEMMER  
*Deputy Solicitor General*  
Office of the Illinois Attorney General  
115 S. LaSalle St.  
Chicago, IL 60603  
(312) 814-5526  
alex.hemmer@ilag.gov  
*Counsel for Illinois Finance Authority*

AARON M. FREY  
*Attorney General of Maine*  
EMMA AKRAWI  
*Assistant Attorney General*  
Office of the Maine Attorney General  
6 State House Station  
Augusta, ME 04333  
(207) 626-8800  
emma.akrawi@maine.gov  
*Counsel for Efficiency Maine Trust*

# CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

 Dated:  May 12, 2025                             */s/ Teresa A. Reed Dippo*