# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 25-5122

September Term, 2024

1:25-cv-00698-TSC

**Filed On: May 14, 2025** [2115710]

Climate United Fund, et al.,

    Appellees

    v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion of Samuel R. Bagenstos to file a brief as amicus curiae in support of appellees, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus curiae brief.

**Per Curiam**

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
           Scott H. Atchue
           Deputy Clerk