# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5122**  September Term, 2024

1:25-cv-00698-TSC

Filed On: May 19, 2025 [2116395]

Climate United Fund, et al.,

      Appellees

    v.

Citibank, N.A.,

      Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Appellants

------------------------------

Consolidated with 25-5123

    **BEFORE:**    Circuit Judges Pillard, Katsas, and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, May 19, 2025 at 9:31 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Yaakov M. Roth (DOJ), counsel for EPA.

    Kenneth Winn Allen, counsel for Citibank, N.A.

    Adam G. Unikowsky, counsel for Private Plaintiff-Appellees.

    Teresa A. Reed Dippo, counsel for State Banks Appellees.

**FOR THE COURT:**  
Clifton B. Cislak, Clerk

BY:    /s/  
        Anne A. Rothenberger  
        Deputy Clerk