# United States Court of Appeals
### For The District of Columbia Circuit

———————

| | |
|---|---|
| **No. 25-5122** | **September Term, 2024** |
| | **1:25-cv-00698-TSC** |
| | **Filed On: May 21, 2025** [2116912] |

Climate United Fund, et al.,

    Appellees

    v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

    **BEFORE:**   Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

    Upon consideration of the government's unopposed motion to file a corrected Volume 2 of the joint appendix, and the lodged corrected volume, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged corrected volume.

### Per Curiam

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                  BY:   /s/
                                               Michael C. McGrail
                                               Deputy Clerk