# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5122** | **September Term, 2024** |
| | 1:25-cv-00698-TSC |
| | Filed On: June 9, 2025 [2119776] |

Climate United Fund, et al.,

    Appellees

  v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

    **BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion of movant Tarek Farag for leave to intervene as appellant, it is

**ORDERED** that the motion be denied.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
             Michael C. McGrail
             Deputy Clerk