# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 15, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

    Re:  Tarek Farag
           v. Climate United Fund, et al.
           No. 25-48
           (Your No. 25-5122, 25-5123)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 8, 2025 and placed on the docket July 15, 2025 as No. 25-48.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst