# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5122**　　　　　　　　　　　　　　　**September Term, 2025**
FILED ON: SEPTEMBER 2, 2025

CLIMATE UNITED FUND, ET AL.,
　　　　　　　APPELLEES

v.

CITIBANK, N.A.,
　　　　　　　APPELLANT

ENVIRONMENTAL PROTECTION AGENCY AND LEE M. ZELDIN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
　　　　　　　APPELLANTS

---

Consolidated with 25-5123

Appeals from the United States District Court
for the District of Columbia
(No. 1:25-cv-00698)

Before: PILLARD, KATSAS and RAO, *Circuit Judges*

## **J U D G M E N T**

　　These causes came to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

　　**ORDERED** and **ADJUDGED** that the District Court's injunction be vacated and the cases be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date. It is

　　**FURTHER ORDERED** that the amended emergency motion for stay pending appeal be dismissed as moot.

### **Per Curiam**

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: September 2, 2025

Opinion for the court filed by Circuit Judge Rao.
Dissenting opinion filed by Circuit Judge Pillard.