No. 25-5122                    September Term, 2025

1:25-cv-00698-TSC

**Filed On:** September 15, 2025

Climate United Fund, et al.,

      Appellees

    v.

Citibank, N.A.,

      Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Appellants

------------------------------

Consolidated with 25-5123

# O R D E R

Upon consideration of appellees' petitions for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petitions for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                          BY:      /s/
                                           Daniel J. Reidy
                                           Deputy Clerk