No. 25-5122

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CLIMATE UNITED FUND, et al.,
    *Plaintiffs-Appellees,*

v.

CITIBANK, N.A., et al.,
    *Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-00698-TSC
Hon. Tanya S. Chutkan

## NOTICE OF INTENT TO FILE AMICUS BRIEF

JOHN B. MCCUSKEY
  *Attorney General*

OFFICE OF THE WEST
VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov

MICHAEL R. WILLIAMS
  *Solicitor General*

CALEB A. SECKMAN
  *Assistant Solicitor General*

MATTIE F. SHULER
  *Assistant Solicitor General*

*Counsel for Amicus Curiae State of West Virginia*

# NOTICE OF INTENT

Pursuant to Circuit Rule 29(b), the State of West Virginia hereby provides notice that it intends to file an amicus brief in support of the Appellants in the above-captioned appeal in accordance with this Court's order on December 17, 2025. West Virginia expects it will be joined by other States. Under Federal Rule of Appellate Procedure 29(a)(2), such a brief may be filed "without the consent of the parties or leave of court."

Respectfully submitted,

JOHN B. MCCUSKEY
  ATTORNEY GENERAL

/s/ Michael R. Williams
Michael R. Williams
  *Solicitor General*

Caleb A. Seckman
  *Assistant Solicitor General*

Mattie F. Shuler
  *Assistant Solicitor General*

OFFICE OF THE WEST
VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov

Dated: December 31, 2025      *Counsel for Amicus Curiae State of West Virginia*