# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 12, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Tarek Farag
v. Climate United Fund, et al.
No. 25-48
(Your No. 25-5122, 25-5123)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk