EN BANC ARGUMENT SCHEDULED FOR FEBRARY 24, 2025

---

**No. 25-5122**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CLIMATE UNITED FUND, *et al.*

                    Plaintiffs-Appellees,

v.

CITIBANK, N.A., *et al.*

                    Defendants-Appellants.

---

On Appeal from the United States District Court
for the District of Columbia

---

**NOTICE OF INTENT TO FILE BRIEF OF PUBLIC CITIZEN AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES**

---

                    Nandan M. Joshi
                    Nicolas Sansone
                    Allison M. Zieve
                    Public Citizen Litigation Group
                    1600 20th Street NW
                    Washington, DC 20009
                    (202) 588-1000

                    *Attorneys for Amicus Curiae*

February 4, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), amicus curiae Public Citizen states that it is a non-stock, nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of Public Citizen.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of this Court's *Handbook of Practice and Internal Procedures*, Public Citizen hereby gives notice that it intends to file a brief as amicus curiae in support of Plaintiffs-Appellees in these matters. Aside from appellant-defendant Citibank, which takes no position, the parties have consented to the filing of this brief.

February 4, 2026

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
Nicolas Sansone
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 4, 2026, this Notice of Intent was served through the Court's ECF system on counsel for all parties.

<u>/s/ Nandan M. Joshi</u>
Nandan M. Joshi
