EN BANC ARGUMENT SCHEDULED FOR FEBRARY 24, 2025

---

**No. 25-5122**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CLIMATE UNITED FUND, *et al.*

                            Plaintiffs-Appellees,

v.

CITIBANK, N.A., *et al.*

                            Defendants-Appellants.

---

On Appeal from the United States District Court
for the District of Columbia

---

**CORRECTED NOTICE OF INTENT TO FILE BRIEF OF PUBLIC CITIZEN AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES**

---

                            Nandan M. Joshi
                            Nicolas Sansone
                            Allison M. Zieve
                            Public Citizen Litigation Group
                            1600 20th Street NW
                            Washington, DC 20009
                            (202) 588-1000

                            *Attorneys for Amicus Curiae*

February 4, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), amicus curiae Public Citizen states that it is a non-stock, nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of Public Citizen.

# CORRECTED NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of this Court's *Handbook of Practice and Internal Procedures*, Public Citizen hereby gives notice that it intends to file a brief as amicus curiae in support of Plaintiffs-Appellees in these matters. All of the parties have consented to the filing of this brief.

February 4, 2026

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
Nicolas Sansone
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Amicus Curiae*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2026, this Corrected Notice of Intent was served through the Court's ECF system on counsel for all parties.

/s/ Nandan M. Joshi  
Nandan M. Joshi