# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5122**                **September Term, 2025**

1:25-cv-00698-TSC

**Filed On: February 18, 2026** [2159618]

Climate United Fund, et al.,

    Appellees

    v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for February 24, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| EPA | - | 25 Minutes |
| Citibank, N.A. | - | 5 Minutes |
| Appellees | - | 30 Minutes (to be divided as the parties deem appropriate) |

The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 20, 2026.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5122**                                            **September Term, 2025**

**<u>Per Curiam</u>**

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                BY:      /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's website:

     Notification to the Court from Attorney Intending to Present Argument (Form 72)