# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5122**  **September Term, 2025**

1:25-cv-00698-TSC

**Filed On:** February 23, 2026

Climate United Fund, et al.,

    Appellees

    v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

    **BEFORE:** Srinivasan, Chief Judge, and Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motions of the Constitutional Accountability Center, Members of Congress, Professor Tobias Barrington Wolff, the National League of Cities & the U.S. Conference of Mayors, and the Contract Law Scholar Gregory Klass for leave to file a brief amici curiae in support of appellees, and the lodged briefs amici curiae, it is

**ORDERED** that the motions be granted. The Clerk is directed to file the lodged briefs amici curiae.

### Per Curiam

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY: /s/
                              Michael C. McGrail
                              Deputy Clerk