# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5122**                                                    **September Term, 2025**

**1:25-cv-00698-TSC**

**Filed On: February 24, 2026** [2160898]

Climate United Fund, et al.,

      Appellees

    v.

Citibank, N.A.,

      Appellee

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as Administrator,
United States Environmental Protection
Agency,

      Appellants

------------------------------

Consolidated with 25-5123

**BEFORE:**    Srinivasan, Chief Judge, and Millett, Pillard, Wilkins, Katsas, Rao,
Walker, Childs, Pan, and Garcia, Circuit Judges

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, February 24, 2026 at 9:32
a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Jacob (Yaakov) M. Roth (DOJ), counsel for EPA.

    Kenneth Winn Allen, counsel for Citibank, N.A.

    Adam G. Unikowsky, counsel for Private Grantees.

    Diana Kim, counsel for State Banks.

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

             BY:    /s/
                             Anne A. Rothenberger
                             Deputy Clerk