# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5122**  September Term, 2025

1:25-cv-00698-TSC

**Filed On:** March 9, 2026

Climate United Fund, et al.,

    Appellees

    v.

Citibank, N.A.,

    Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

    Appellants

------------------------------

Consolidated with 25-5123

**BEFORE:** Srinivasan, Chief Judge, and Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties file simultaneous, supplemental briefs. Appellees have argued that one sufficient basis for the preliminary injunction is their claim that Federal Appellants' actions violated Section 60103 of the Inflation Reduction Act, Pub. L. 117-169, 136 Stat. 1818 (2022), and/or the U.S. Constitution. Assuming solely for purposes of the supplemental briefs that such a claim properly supported the preliminary injunction when it was entered, the parties are directed to submit supplemental briefs addressing whether, in light of

_____

* Circuit Judge Henderson did not participate in this matter.

Section 60002 of the One Big Beautiful Bill Act, Pub. L. No. 119-21, 139 Stat. 72 (2025), that claim continues to provide a valid basis to affirm all or part of the preliminary injunction.

The following supplemental briefing format and schedule shall apply: Federal Appellants, Citibank, N.A., Appellees Climate United Fund, et al., and State Bank Appellees shall each file a supplemental brief within ten calendar days. Each brief shall not exceed 2,600 words. Federal Appellants, Citibank, N.A., Appellees Climate United Fund, et al., and State Bank Appellees may each file a reply brief within seven calendar days thereafter. Reply briefs shall not exceed 1,300 words. In addition to electronic filing, the parties are directed to deliver paper copies of their submissions to the court by the time and date due.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk