**[ORAL ARGUMENT HEARD ON FEBRUARY 24, 2026]**

**Nos. 25-5122, 25-5123**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CLIMATE UNITED FUND, ET AL.,

*Plaintiffs-Appellees,*

vs.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**EN BANC SUPPLEMENTAL BRIEF OF DEFENDANT-APPELLANT
CITIBANK, N.A.**

K. Winn Allen, P.C.
 *Counsel of Record*
Aaron L. Nielson
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.389.5078
winn.allen@kirkland.com

March 19, 2026

## SUPPLEMENTAL BRIEF

Citibank, N.A. (Citibank) respectfully submits this supplemental brief pursuant to this Court's March 9, 2026 order (Doc. #2162651). Citibank takes no position on the merits of the dispute on which this Court ordered supplemental briefing—namely, the impact of Section 60002 of the One Big Beautiful Bill Act, Pub. L. No. 119-21, 139 Stat. 72 (2025), on the plaintiffs' claim that the government violated the Inflation Reduction Act or the U.S. Constitution. Regardless of the outcome of that dispute, plaintiffs' contract claims against Citibank fail.

Citibank adds only that, if the Court holds that plaintiffs' statutory or constitutional claims against the government fail (whether due to Section 60002 or otherwise), that conclusion would further support vacating the derivative injunction against Citibank, who plaintiffs sue simply for following the government's instructions in accordance with its fiduciary and contractual duties.

Dated: March 19, 2026

Respectfully submitted,

/s/ K. Winn Allen

K. Winn Allen, P.C.
  *Counsel of Record*
Aaron L. Nielson
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.389.5078
winn.allen@kirkland.com

*Attorney For Defendant-Appellant
Citibank, N.A.*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 138 words, excluding the parts of the brief exempted by Fed. R. App. P 32(f), as counted using the word-count function on Microsoft Word software.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

 March 19, 2026                          */s/ K. Winn Allen*
                                         K. Winn Allen

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

March 19, 2026

*/s/ K. Winn Allen*
K. Winn Allen