# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5122**

**September Term, 2025**

**1:25-cv-00698-TSC**

**Filed On:** August 4, 2026

Climate United Fund, et al.,

     Appellees

     v.

Citibank, N.A.,

     Appellee

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

     Appellants

------------------------------

Consolidated with 25-5123

**O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk is directed to issue the mandate herein and dissolve the administrative stay entered on April 16, 2025, seven days after issuance of this order.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

          BY:     /s/
                    Daniel J. Reidy
                    Deputy Clerk