# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5122**                                           **September Term, 2025**

**1:25-cv-00698-TSC**

**Filed On:** August 7, 2026

Climate United Fund, et al.,

        Appellees

    v.

Citibank, N.A.,

        Appellee

Environmental Protection Agency and Lee M. Zeldin, in
his official capacity as Administrator, United States
Environmental Protection Agency,

        Appellants

----------------------------

Consolidated with 25-5123

**BEFORE:**    Srinivasan, Chief Judge, and Henderson\*, Millett, Pillard, Wilkins,
        Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the government's unopposed motion to stay mandate and extend stay pending petition for writ of certiorari, it is

    **ORDERED** that the motion be granted. The Clerk is directed to withhold issuance of the mandate and extend the administrative stay entered on April 16, 2025, through November 9, 2026. If, within that period, the parties notify the Clerk in writing that a petition for writ of certiorari has been filed, the Clerk is directed to withhold issuance of the mandate, and the administrative stay shall be extended, pending the Supreme Court's final disposition. See Fed. R. App. 41(d)(2)(B); D.C. Cir. Rule 41(a)(2).

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk

\* Circuit Judge Henderson did not participate in this matter.