**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7213
Washington, DC 20530

Sophia Shams (202) 514-2495
sophia.shams@usdoj.gov

November 5, 2026

Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re: *Climate United Fund v. Citibank, N.A.*, No. 25-5122 (en banc oral argument held February 24, 2026)

Dear Mr. Cislak:

Pursuant to the Court's order on August 7, 2026, the government writes to inform the Court that the petition for certiorari in the above-captioned case was filed on November 2 and docketed on November 4 as *Zeldin v. Climate United Fund*, No. 26-589 (S. Ct.).

Sincerely,

*/s/ Sophia Shams*
Sophia Shams